**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BERKLEY ASSURANCE COMPANY,

                Plaintiff,

-against-                                  23 **CIVIL** 1716 (MKV)

**JUDGMENT**

JOHN H. FISHER, P.C. and JOHN H. FISHER,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2025, Defendants' motion to amend is DENIED, and Plaintiff's motion for summary judgment is GRANTED. Judgment is entered in favor of Plaintiff Berkley Assurance Company; accordingly, the case is closed.

**Dated:** New York, New York

      March 21, 2025

                                                **TAMMI M HELLWIG**
                                                 **Clerk of Court**

                   **BY:**            *K. Mango*

                                                 **Deputy Clerk**